UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRUTYN, N.V.,

    Plaintiff,

v.                                               Case No. 04-C-0527

ANTHONY GAGLIANO, CO., INC,

    Defendant.

**ORDER DENYING PLAINTIFF'S MOTION TO AMEND JUDGMENT AND ORDER**

    On August 15, 2007, this court issued a decision and order addressing the plaintiff's request for attorney's fees, interest and costs. In that same decision and order the court ordered that judgment be entered in favor of the plaintiff and against the defendant in the amount of $165,392.97. Thereafter, on August 29, 2007, the plaintiff filed a motion to amend the judgment and order, together with a brief, an affidavit and documents in support thereof. On August 31, 2007, the defendant filed a brief in opposition to the plaintiff's motion. On September 4, 2007, the plaintiff filed its reply, which consisted of a declaration of legal counsel.

    I have reviewed and considered the parties' written submissions with respect to the plaintiff's motion and am satisfied that my decision and order of August 15, 2007, should not be amended. Consequently, the plaintiff's motion will be denied.

    **NOW THEREFORE IT IS ORDERED** that the plaintiff's motion to amend judgment and order be and hereby is **DENIED**.

**SO ORDERED** this 7th day of September 2007, at Milwaukee, Wisconsin.

<u>/s/ William E. Callahan, Jr.</u>
WILLIAM E. CALLAHAN, JR.
United States Magistrate Judge